446 A.2d 698

Commonwealth v. Caldwell, Appellant.

624

Submitted December 14, 1981.  Robert Scandone, for appellant;  Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.